Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

|  |  |
|---|---|
| IN RE: | **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| MANUEL CARREIRO<br>DONNA CARREIRO, | Case No.: 21-19777 RG |
| Debtors |  |

**NOTICE OF RESERVE ON CLAIM**

| | |
|---|---|
| Creditor: | SUMMIT MEDICAL GROUP |
| Trustee Claim #: | 68 |
| Court Claim #: | 7 |
| Claimed Amount: | $5,331.00 |
| Date Claim Filed: | 01/14/2022 |

Please be advised that a reserve has been placed on the above named claim for the following reason:

- Proof of Claim was filed with no attachments. Creditor must file an amended claim inclusive of attachments with the Court.

Unless we receive the information needed and the necessary documents are filed with the Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.

Dated: January 26, 2022

By: /S/ Marie-Ann Greenberg
Chapter 13 Standing Trustee

MANUEL CARREIRO
DONNA CARREIRO
601 BELLEVILLE AVE
BELLEVILLE, NJ    07109

MICHELLE LABAYEN
LAW OFFICES OF MICHELLE LABAYEN PC
24 COMMERCE STREET
SUITE 1300
NEWARK, NJ    07102

SUMMIT MEDICAL GROUP
SIMONS AGENCY INC
PO BOX 5026
SYRACUSE, NY    13220-5026