Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−19777−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Manuel Carreiro | Donna Carreiro |
| aka Manuel P. Carreiro | fka Donna M Ortiz |
| 601 Belleville Ave | 601 Belleville Ave |
| Belleville, NJ 07109 | Belleville, NJ 07109 |

Social Security No.:
  xxx−xx−4932                                    xxx−xx−1122

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 18, 2022.

Dated: February 18, 2022
JAN: rah

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-19777-RG |
| Manuel Carreiro | Chapter 13 |
| Donna Carreiro | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 18, 2022 | Form ID: plncf13 | Total Noticed: 71 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Manuel Carreiro, Donna Carreiro, 601 Belleville Ave, Belleville, NJ 07109-1309 |
| 519469438 | | AFC Urgent Care Kearny, 276 Passaic Ave, Unit A, Kearny, NJ 07032 |
| 519469442 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 519503480 | | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519469443 | + | C Tech Collection, Inc, Attn: Bankruptcy Department, 5505 Nesconset Hwy, Suite 200, Mount Sinai, NY 11766-2026 |
| 519469450 | + | David B Watner Esq, 1129 Bloomfield Ave, #208, Caldwell, NJ 07006-7123 |
| 519469452 | + | Emergency Associates Of Montcl, 66 W Gilbert St, 2nd Floor, Red Bank, NJ 07701-4947 |
| 519469453 | + | Eos Cca, Attn: Bankruptcy, 700 Longwater Dr, Norwell, MA 02061-1624 |
| 519469454 | + | Equifax, POB 740241, Atlanta, GA 30374-0241 |
| 519469455 | + | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 519469456 | + | Financial Data Systems, Attn: Bankruptcy, Po Box 688, Wrightsville Beach, NC 28480-0688 |
| 519469459 | + | Imaginc Consultants of Essex, PO Box 371863, Pittsburgh, PA 15250-7863 |
| 519469460 | + | Imaging Consultants of Essex, PO Box 371863, Pittsburgh, PA 15250-7863 |
| 519469461 | + | Imaging Subspecialists of North Jersey, 703 Main St., Paterson, NJ 07503-2621 |
| 519469466 | + | LVNV Funding LLC, 55 Beattie Place, Suite 400, c/o Resurgent capital services, Greenville, SC 29601-5117 |
| 519469465 | | Lois Law Firm LLC, 66 Route 17N, Suite 200, c/o Anthony Iler, Paramus, NJ 07652 |
| 519469469 | + | Morristown Medical, 1000 American Way, Morris Plains, NJ 07950-2406 |
| 519507957 | + | Napa of New Jersey, C.Tech Collections, Inc., 5505 Nesconset Hwy. - Ste. 200, Mt. Sinai, NY 11766-2026 |
| 519469470 | + | New Jersey Anesthesia Associates, 200 S Orange Ave, Livingston, NJ 07039-5817 |
| 519469473 | + | Quality Asset Recovery, Attn: Bankruptcy, Po Box 239, Gibbsboro, NJ 08026-0239 |
| 519469474 | + | Quest Diagnostic, P.O Box 71304, Philadelphia, PA 19176-1304 |
| 519469475 | + | Radius Global Solutions, Attn: Bankruptcy, 7831 Glenroy Rd, Ste 250, Edina, MN 55439-3117 |
| 519469476 | + | Ragan & Ragan PC, 3100 Route 138 West, Belmar, NJ 07719-9021 |
| 519469477 | + | Remex Inc, Attn: Bankruptcy, Po Box 765, Rocky Hill, NJ 08553-0765 |
| 519469482 | + | State of New Jersey, Deptartment of Taxation, P.O. Box 448, Trenton, NJ 08646-0448 |
| 519487570 | + | Summit Medical Group, Simon's Agency Inc., PO Box 5026, Syracuse, NY 13220-5026 |
| 519469483 | + | Summit Medical Group, PO BOX 14000, Belfast, ME 04915-4033 |
| 519470457 | + | Summit Medical Group, 1 Diamond Hill Road, Berkeley Heights, NJ 07922-2104 |
| 519476765 | | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 519469490 | + | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 519469488 | + | University Radiology, 1129 Bloomfield Ave, Caldwell, NJ 07006-7127 |
| 519469489 | + | University Radiology Group, PO BOX 1075, East Brunswick, NJ 08816-1075 |
| 519469493 | + | Wayne Valley Imaging, 504 Valley Road, #4, Wayne, NJ 07470-3534 |
| 519469484 | + | summit Radilogical Associates, PO Box 460, Summit, NJ 07902-0460 |
| 519469485 | + | superior Court of New Jersey, Michelle Smith, Clerk, 25 W. Market Street 6th Floor, Trenton, NJ 08611-2148 |

TOTAL: 35

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|

Case 21-19777-RG    Doc 20    Filed 02/20/22    Entered 02/21/22 00:14:11    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 18, 2022 | Form ID: plncf13 | Total Noticed: 71 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 18 2022 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 18 2022 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519469440 | | Email/Text: ebn@americollect.com | Feb 18 2022 20:41:00 | Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 519469441 | + | Email/Text: bk@avant.com | Feb 18 2022 20:41:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 519469444 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 18 2022 20:38:44 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519488163 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 18 2022 20:38:39 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519488164 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 18 2022 20:38:40 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519469445 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Feb 18 2022 20:41:00 | Chex System, 7805 Hudson Road, suite 100, Saint Paul, MN 55125-1703 |
| 519469446 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 18 2022 20:41:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519469447 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 18 2022 20:41:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519469448 | + | Email/Text: convergent@ebn.phinsolutions.com | Feb 18 2022 20:41:00 | Convergent Outsourcing, Inc., Attn: Bankruptcy, 800 Sw 39th St, Ste 100, Renton, WA 98057-4927 |
| 519469449 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 18 2022 20:38:18 | Credit One Bank, P.O Box 98873, Las Vegas, NV 89193-8873 |
| 519469467 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 18 2022 20:48:53 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 519473188 | | Email/Text: mrdiscen@discover.com | Feb 18 2022 20:41:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519469451 | + | Email/Text: mrdiscen@discover.com | Feb 18 2022 20:41:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519471810 | | Email/Text: bankruptcytn@wakeassoc.com | Feb 18 2022 20:41:00 | EMERGENCY ASSOCIATES OF MONTCLAIR, c/o Wakefield & Associates, LLC, PO Box 51272, Knoxville, TN 37950-1272 |
| 519469457 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Feb 18 2022 20:42:00 | Genesis FS Card/Kay Jewelers, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 519471811 | | Email/Text: bankruptcytn@wakeassoc.com | Feb 18 2022 20:41:00 | HACKENSACKUMC MOUNTAINSIDE, c/o Wakefield & Associates, LLC, PO Box 51272, Knoxville, TN 37950-1272 |
| 519469458 | + | Email/Text: Bankruptcy@ICSystem.com | Feb 18 2022 20:41:00 | IC Systems, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 519469462 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 18 2022 20:41:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519469463 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 18 2022 20:41:00 | Jefferson Capital Systems LLC, PO Box 17210, Golden, CO 80402-6020 |
| 519469464 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 18 2022 20:41:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519473181 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 18 2022 20:48:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519509634 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Feb 18 2022 20:38:18 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |

Case 21-19777-RG    Doc 20    Filed 02/20/22    Entered 02/21/22 00:14:11    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 18, 2022 | Form ID: plncf13 | Total Noticed: 71 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 519469468 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Feb 18 2022 20:38:44 | Midland Mortgage, POB 26648, Oklahoma City, OK 73126-0648 |
| 519469471 | + | Email/Text: bankruptcy@onlineis.com | Feb 18 2022 20:41:00 | Online Collections, Attn: Bankruptcy, Po Box 1489, Winterville, NC 28590-1489 |
| 519502926 | | Email/Text: perituspendrick@peritusservices.com | Feb 18 2022 20:41:00 | Pendrick Capital Partners II, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 519469472 | | Email/Text: signed.order@pfwattorneys.com | Feb 18 2022 20:41:00 | Pressler Felt & Warshaw LLP, c/o Rita Dunleavy, 7 Entin Road, Parsippany, NJ 07054 |
| 519469475 | + | Email/Text: ngisupport@radiusgs.com | Feb 18 2022 20:41:00 | Radius Global Solutions, Attn: Bankruptcy, 7831 Glenroy Rd, Ste 250, Edina, MN 55439-3117 |
| 519469478 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 18 2022 20:38:47 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519469481 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Feb 18 2022 20:38:17 | Sprint, P.O. Box 4191, Carol Stream, IL 60197 |
| 519469479 | + | Email/Text: bankruptcy@savit.com | Feb 18 2022 20:41:00 | SaVit Collection Agency, Attn: Bankruptcy, Po Box 250, East Brunswick, NJ 08816-0250 |
| 519469480 | + | Email/Text: clientservices@simonsagency.com | Feb 18 2022 20:41:00 | Simon's Agency, Inc., Attn: Bankruptcy, Po Box 5026, Syracuse, NY 13220-5026 |
| 519469486 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 18 2022 20:38:31 | Syncb/walmart, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519469487 | | Email/Text: DASPUBREC@transunion.com | Feb 18 2022 20:40:00 | TransUnion, 555 W. Adams Street, Chicago, IL 60661 |
| 519469491 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 18 2022 20:40:00 | Verizon, P.O Box 4833, Trenton, NJ 08650-4833 |
| 519469492 | | Email/Text: bankruptcytn@wakeassoc.com | Feb 18 2022 20:41:00 | Wakefield & Associates, Attn: Bankruptcy, 7005 Middlebrook Pike, Knoxville, TN 37909 |

TOTAL: 37

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519469439 | ##+ | American Anesthesiology of NJ PC, PO Box 0037, Florham Park, NJ 07932-0037 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2022    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2022 at the address(es) listed**

District/off: 0312-2 | User: admin | Page 4 of 4
Date Rcvd: Feb 18, 2022 | Form ID: plncf13 | Total Noticed: 71

**below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Michelle Labayen | on behalf of Joint Debtor Donna Carreiro michelle@labayenlaw.com  silvia@labayenlaw.com |
| Michelle Labayen | on behalf of Debtor Manuel Carreiro michelle@labayenlaw.com  silvia@labayenlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5