Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−19777−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Manuel Carreiro | Donna Carreiro |
| aka Manuel P. Carreiro | fka Donna M Ortiz |
| 601 Belleville Ave | 601 Belleville Ave |
| Belleville, NJ 07109 | Belleville, NJ 07109 |

Social Security No.:
xxx−xx−4932                                                                 xxx−xx−1122

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/1/22 at 10:00 AM

to consider and act upon the following:

*23* − Limited Objection to Debtor(s) Motion to Approve Loan Modification (related document:21 Motion to Approve Loan Modification with Midfirst Bank Filed by Michelle Labayen on behalf of Donna Carreiro, Manuel Carreiro. Objection deadline is 05/10/2022. (Attachments: # 1 Exhibit # 2 Proposed Order) filed by Debtor Manuel Carreiro, Joint Debtor Donna Carreiro) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 4/28/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court