---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

Caption in Compliance with D.N.J. LBR 9004-1(b)

Michelle Labayen (ML 2960)
Law Office of Michelle Labayen PC
24 Commerce Street suite 1300
Newark, NJ 07102
973-622-1584
michelle@labayenlaw.com

---

In Re:

MANUEL CARREIRO
DONNA CARREIRO

Case No.: 21-19777

Chapter: 13

Hearing Date: 9/7/2022

Judge: Gambardella

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter: ECF 29 Modification of Confirmed Chapter 13 Plan

Date: 8/24/2022

Signature: /s/ Michelle Labayen

*rev.8/1/15*