**Marie-Ann Greenberg, Esquire**
**Chapter 13 Standing Trustee**

| | | |
|---|---|---|
| Joseph D. Petrolino, Jr.<br>Staff Attorney<br><br>Brian M. Knapp<br>Staff Attorney | 30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br><br>Phone 973-227-2840<br>Fax 973-227-3272 | For Payments Only:<br><br>PO BOX 520<br>MEMPHIS, TN  38101-0520 |

October 04, 2022

Re: Standing Trustee's Notice of Distribution
Case No: 21-19777

On February 18, 2022 the above-referenced case was confirmed. Subsequently, all of the creditors and attorney fees, if any, were set up on our database so that we can commence distribution to the parties in the near future.

Attached is a case report for your review. IT IS YOUR RESPONSIBILITY to review this report and ensure that you are in agreement with the information contained on the report. We strongly suggest that you compare this report against the claims registry and docket. If you are not in agreement, you need to notify us in writing within five (5) days of the docketing of this information and/or file the appropriate motion with the court.

A copy of the Chapter 13 Standing Trustee's Policies regarding Proofs of Claim may be found on our website at http://www.magtrustee.com.

Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF OCTOBER  4, 2022

#### Chapter 13 Case # 21-19777

Atty:    MICHELLE LABAYEN

Re:      MANUEL CARREIRO
         DONNA CARREIRO
         601 BELLEVILLE AVE
         BELLEVILLE, NJ  07109

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

## RECEIPTS    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/10/2022 | $100.00 | 8197930000 | 02/07/2022 | $100.00 | 8262099000 |
| 03/07/2022 | $100.00 | 8324548000 | 04/11/2022 | $100.00 | 8394768000 |
| 05/09/2022 | $100.00 | 8457779000 | 06/13/2022 | $100.00 | 8524808000 |
| 07/11/2022 | $100.00 | 8582646000 | 08/15/2022 | $100.00 | 8646467000 |
| 09/12/2022 | $100.00 | 8704411000 | | | |

**Total Receipts: $900.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan: $900.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 34.50 | IN SUMMARY |
| ATTY | ATTORNEY | ADMIN | 2,950.00 | 100.00% | 769.00 | 2,181.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AFC URGENT CARE KEARNY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | AMERICAN ANESTHESIOLOGY OF NJ PC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | AMERICOLLECT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | AVANT/WEBBANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | BANK OF AMERICA | UNSECURED | 2,145.40 | 100.00% | 0.00 | 2,145.40 |
| 0006 | NAPA OF NEW JERSEY | UNSECURED | 458.27 | 100.00% | 0.00 | 458.27 |
| 0007 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 586.92 | 100.00% | 0.00 | 586.92 |
| 0009 | QUANTUM3 GROUP LLC | UNSECURED | 1,356.19 | 100.00% | 0.00 | 1,356.19 |
| 0010 | QUANTUM3 GROUP LLC | UNSECURED | 117.13 | 100.00% | 0.00 | 117.13 |
| 0012 | LVNV FUNDING LLC | UNSECURED | 702.56 | 100.00% | 0.00 | 702.56 |
| 0014 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 1,945.96 | 100.00% | 0.00 | 1,945.96 |
| 0015 | EMERGENCY ASSOCIATES OF MONTCLA | UNSECURED | 1,134.38 | 100.00% | 0.00 | 1,134.38 |
| 0019 | FINANCIAL DATA SYSTEMS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0020 | GENESIS FS CARD/KAY JEWELERS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0022 | IMAGINC CONSULTANTS OF ESSEX | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0023 | IMAGING SUBSPECIALISTS OF NORTH JE | UNSECURED | 428.70 | 100.00% | 0.00 | 428.70 |
| 0024 | IMAGING SUBSPECIALISTS OF NORTH JE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0026 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 135.05 | 100.00% | 0.00 | 135.05 |

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0027 | KOHL'S PERITUS PORTFOLIO SERVICES I | UNSECURED | 2,572.42 | 100.00% | 0.00 | 2,572.42 |
| 0028 | LVNV FUNDING LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0030 | MACYS/FDSB | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0031 | MIDFIRST BANK | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0032 | MORRISTOWN MEDICAL | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0033 | NEW JERSEY ANESTHESIA ASSOCIATES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0037 | QUEST DIAGNOSTIC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0043 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0044 | SPRINT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0046 | SUMMIT MEDICAL GROUP | UNSECURED | 1,893.00 | 100.00% | 0.00 | 1,893.00 |
| 0047 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 230.95 | 100.00% | 0.00 | 230.95 |
| 0050 | U.S. DEPARTMENT OF EDUCATION | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0051 | UNIVERSITY RADIOLOGY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0052 | UNIVERSITY RADIOLOGY GROUP | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0053 | VERIZON | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0054 | WAKEFIELD & ASSOCIATES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0055 | WAYNE VALLEY IMAGING | UNSECURED | 662.13 | 100.00% | 0.00 | 662.13 |
| 0056 | SUMMIT RADILOGICAL ASSOCIATES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0060 | AMERICOLLECT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0061 | AMERICOLLECT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0062 | AMERICOLLECT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0063 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 504.39 | 100.00% | 0.00 | 504.39 |
| 0064 | IMAGING SUBSPECIALISTS OF NORTH JE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0065 | IMAGING SUBSPECIALISTS OF NORTH JE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0066 | KOHL'S PERITUS PORTFOLIO SERVICES I | UNSECURED | 198.35 | 100.00% | 0.00 | 198.35 |
| 0067 | QUEST DIAGNOSTIC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0068 | SUMMIT MEDICAL GROUP | UNSECURED | 5,331.00 | 100.00% | 0.00 | 5,331.00 |
| 0069 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0070 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0071 | SUMMIT MEDICAL GROUP | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0072 | HACKENSACKUMC MOUNTAINSIDE | UNSECURED | 42.41 | 100.00% | 0.00 | 42.41 |
| 0073 | EMERGENCY ASSOCIATES OF MONTCLA | UNSECURED | 653.13 | 100.00% | 0.00 | 653.13 |
| 0074 | PENDRICK CAPITAL PARTNERS II LLC | UNSECURED | 194.15 | 100.00% | 0.00 | 194.15 |
| 0075 | QUANTUM3 GROUP LLC | UNSECURED | 217.52 | 100.00% | 0.00 | 217.52 |
| 0076 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 20.98 | 100.00% | 0.00 | 20.98 |
| 0077 | LVNV FUNDING LLC | UNSECURED | 550.02 | 100.00% | 0.00 | 550.02 |
| 0078 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 542.85 | 100.00% | 0.00 | 542.85 |
| 0079 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 614.85 | 100.00% | 0.00 | 614.85 |
| 0080 | US DEPARTMENT OF HOUSING AND URB | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |

**Total Paid:  $803.50**
See Summary

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: October 04, 2022.

Receipts: $900.00         -    Paid to Claims: $0.00      -    Admin Costs Paid: $803.50      =    Funds on Hand: $96.50

Unpaid Balance to Claims: $25,419.71      +    Unpaid Trustee Comp: $1,479.45      =    Total Unpaid Balance: **$26,802.66

**NOTE**:   THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.