**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

MANUEL CARREIRO
DONNA CARREIRO

**Order Filed on November 16, 2022**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

**Case No.:  21-19777 RG**

**Hearing Date:  11/16/2022**

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: November 16, 2022**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s): MANUEL CARREIRO
DONNA CARREIRO

Case No.:  21-19777

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

   THIS MATTER having come before the Court on 11/16/2022 on notice to MICHELLE LABAYEN,

and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $154.00

  starting on 12/1/2022 for 1 month(s); and it is further

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $354.00

  starting on 1/1/2023 for 12 month(s); and it is further

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $654.00

  starting on 1/1/2024 for the remaining 36 month(s).