MICHELLE LABAYEN
LAW OFFICES OF MICHELLE LABAYEN PC
24 COMMERCE STREET
SUITE 1300
NEWARK, NJ  07102

Re:   MANUEL CARREIRO               Atty:   MICHELLE LABAYEN
      DONNA CARREIRO                         LAW OFFICES OF MICHELLE LABAYEN PC
      601 BELLEVILLE AVE                     24 COMMERCE STREET
      BELLEVILLE, NJ  07109                  SUITE 1300
                                             NEWARK, NJ  07102

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023**
Chapter 13 Case # 21-19777

### RECEIPTS AS OF 01/13/2023    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/10/2022 | $100.00 | 8197930000 | 02/07/2022 | $100.00 | 8262099000 |
| 03/07/2022 | $100.00 | 8324548000 | 04/11/2022 | $100.00 | 8394768000 |
| 05/09/2022 | $100.00 | 8457779000 | 06/13/2022 | $100.00 | 8524808000 |
| 07/11/2022 | $100.00 | 8582646000 | 08/15/2022 | $100.00 | 8646467000 |
| 09/12/2022 | $100.00 | 8704411000 | 10/11/2022 | $100.00 | 8760906000 |
| 11/07/2022 | $100.00 | 8814057000 | 12/13/2022 | $154.00 | 8879585000 |
| 01/09/2023 | $354.00 | 8930151000 | | | |

**Total Receipts: $1,608.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $1,608.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023    (Please Read Across)

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 73.44 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,950.00 | 100.00% | 1,054.50 | 1,895.50 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AFC URGENT CARE KEARNY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | AMERICAN ANESTHESIOLOGY OF NJ PC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | AMERICOLLECT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | AVANT/WEBBANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | BANK OF AMERICA | UNSECURED | 2,145.40 | 100.00% | 0.00 | 2,145.40 |
| 0006 | NAPA OF NEW JERSEY | UNSECURED | 458.27 | 100.00% | 0.00 | 458.27 |
| 0007 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 586.92 | 100.00% | 0.00 | 586.92 |
| 0009 | QUANTUM3 GROUP LLC | UNSECURED | 1,356.19 | 100.00% | 0.00 | 1,356.19 |
| 0010 | QUANTUM3 GROUP LLC | UNSECURED | 117.13 | 100.00% | 0.00 | 117.13 |
| 0012 | LVNV FUNDING LLC | UNSECURED | 702.56 | 100.00% | 0.00 | 702.56 |

**Chapter 13 Case # 21-19777**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| 0014 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 1,945.96 | 100.00% | 0.00 | 1,945.96 |
| 0015 | EMERGENCY ASSOCIATES OF MONTCLA | UNSECURED | 1,134.38 | 100.00% | 0.00 | 1,134.38 |
| 0019 | FINANCIAL DATA SYSTEMS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0020 | GENESIS FS CARD/KAY JEWELERS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0022 | IMAGINC CONSULTANTS OF ESSEX | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0023 | IMAGING SUBSPECIALISTS OF NORTH JE | UNSECURED | 428.70 | 100.00% | 0.00 | 428.70 |
| 0024 | IMAGING SUBSPECIALISTS OF NORTH JE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0026 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 135.05 | 100.00% | 0.00 | 135.05 |
| 0027 | KOHL'S PERITUS PORTFOLIO SERVICES I | UNSECURED | 2,572.42 | 100.00% | 0.00 | 2,572.42 |
| 0028 | LVNV FUNDING LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0030 | MACYS/FDSB | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0031 | MIDFIRST BANK | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0032 | MORRISTOWN MEDICAL | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0033 | NEW JERSEY ANESTHESIA ASSOCIATES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0037 | QUEST DIAGNOSTIC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0043 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0044 | SPRINT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0046 | SUMMIT MEDICAL GROUP | UNSECURED | 1,893.00 | 100.00% | 0.00 | 1,893.00 |
| 0047 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 230.95 | 100.00% | 0.00 | 230.95 |
| 0050 | U.S. DEPARTMENT OF EDUCATION | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0051 | UNIVERSITY RADIOLOGY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0052 | UNIVERSITY RADIOLOGY GROUP | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0053 | VERIZON | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0054 | WAKEFIELD & ASSOCIATES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0055 | WAYNE VALLEY IMAGING | UNSECURED | 662.13 | 100.00% | 0.00 | 662.13 |
| 0056 | SUMMIT RADILOGICAL ASSOCIATES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0060 | AMERICOLLECT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0061 | AMERICOLLECT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0062 | AMERICOLLECT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0063 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 504.39 | 100.00% | 0.00 | 504.39 |
| 0064 | IMAGING SUBSPECIALISTS OF NORTH JE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0065 | IMAGING SUBSPECIALISTS OF NORTH JE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0066 | KOHL'S PERITUS PORTFOLIO SERVICES I | UNSECURED | 198.35 | 100.00% | 0.00 | 198.35 |
| 0067 | QUEST DIAGNOSTIC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0068 | SUMMIT MEDICAL GROUP | UNSECURED | 5,331.00 | 100.00% | 0.00 | 5,331.00 |
| 0069 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0070 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0071 | SUMMIT MEDICAL GROUP | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0072 | HACKENSACKUMC MOUNTAINSIDE | UNSECURED | 42.41 | 100.00% | 0.00 | 42.41 |
| 0073 | EMERGENCY ASSOCIATES OF MONTCLA | UNSECURED | 653.13 | 100.00% | 0.00 | 653.13 |
| 0074 | PENDRICK CAPITAL PARTNERS II LLC | UNSECURED | 194.15 | 100.00% | 0.00 | 194.15 |
| 0075 | QUANTUM3 GROUP LLC | UNSECURED | 217.52 | 100.00% | 0.00 | 217.52 |
| 0076 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 20.98 | 100.00% | 0.00 | 20.98 |
| 0077 | LVNV FUNDING LLC | UNSECURED | 550.02 | 100.00% | 0.00 | 550.02 |
| 0078 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 542.85 | 100.00% | 0.00 | 542.85 |
| 0079 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 614.85 | 100.00% | 0.00 | 614.85 |
| 0080 | US DEPARTMENT OF HOUSING AND URB | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |

**Total Paid: $1,127.94**
See Summary

**Chapter 13 Case # 21-19777**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2023.

Receipts: $1,608.00   -   Paid to Claims: $0.00   -   Admin Costs Paid: $1,127.94   =   Funds on Hand: $480.06

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.