UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

MANUEL CARREIRO
DONNA CARREIRO

Case No.:  21-19777

Adv. No.:

Hearing Date:

Judge:  RG

## CERTIFICATION OF SERVICE

1. I, Lauren O'Shea, am an administrator for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 04/24/2023, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtors:
MANUEL CARREIRO
DONNA CARREIRO
601 BELLEVILLE AVE
BELLEVILLE, NJ  07109
Mode of Service:  Regular Mail

Attorney for Debtor(s):
MICHELLE LABAYEN
LAW OFFICES OF MICHELLE LABAYEN PC
24 COMMERCE STREET
SUITE 1300
NEWARK, NJ  07102
Mode of Service:  Notice of Electronic Filing (NEF)

Dated:  April 24, 2023

By:  /S/  Lauren O'Shea
Lauren O'Shea