UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Michelle Lbayen (ML 2960)
Law Office of Michelle Labayen PC
24 Commerce Street Suite 1300
Newark, NJ 07102
973-622-1584
michelle@labayenlaw.com

In Re:

Manuel Carreiro
Donna Carreiro

| | |
|---|---|
| Case No.: | 21-19777-RG |
| Chapter: | 13 |
| Adv. No.: | |
| Hearing Date: | 6/7/2023 |
| Judge: | Gambardella |

## CERTIFICATION OF SERVICE

1.  I, _____ Rahaf Alrehaili _____ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for Law Office of Michelle Labayen, who represents
    _____ the Debtor _____ in this matter.

    ☐ am the _____ in this case and am representing myself.


2.  On _____ May 16, 2023 _____, I sent a copy of the following pleadings and/or documents
    to the parties listed in the chart below.

    Motion for Authority to Obtain Credit, Application # (2) Certification, Exhibit A, Exhibit B,
    Exhibit C, and Proposed Order


3.  I certify under penalty of perjury that the above documents were sent using the mode of service
    indicated.


Date:  _____ May 16, 2023 _____          /s/Rahaf Alrehaili
                                              _____
                                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| United States Bankruptcy for the District of New Jersey 50 Walnut Street Newark, N.J. 07102 | Court | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Marie-Ann Greenberg Chapter 13 Standing Trustee 30 Two Bridges Rd Suite 330 Fairfield, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Trustee US Dept of Justice Office of the US Trustee One Newark Center Ste 2100 Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| KML Law Group, P.C. Denise Carlon, Esq. 701 Market Street, Suite 5000 Philadelphia, PA 19106 | Attorney for MidFirst Bank | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |