**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Michelle Labayen (ML 2960)
Law Office of Michelle Labayen PC
24 Commerce Street
Suite 1300
Newark, NJ 07102
973-622-1584
michelle@labayenlaw.com

Order Filed on June 12, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Manuel Carreiro
aka Manuel P. Carreiro
Donna Carreiro
fka Donna M Ortiz

| | |
|---|---|
| Case No.: | 21-19777-RG |
| Chapter: | 13 |
| Hearing Date: | 6/7/2023 |
| Judge: | Gambardella |

**ORDER APPROVING POST-PETITION FINANCING**

The relief set forth on the following pages, numbered two (2) through three (3), is **ORDERED**.

**DATED: June 12, 2023**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

THIS MATTER having come before the Court on the debtor's Motion to Approve Post-Petition Financing, and the Court having considered the debtor's motion and any opposition thereto, and good and sufficient cause appearing therefrom for the entry of this order, it is hereby

ORDERED that the debtor(s) be and hereby are allowed to refinance real property located at _____ 601 Belleville Ave Belleville, NJ 07109 _____ pursuant to the terms outlined in the debtor's certification in support of the refinancing motion; and it is further

ORDERED that from the funds received in connection with the refinance, all liens on the property shall be paid in full, at closing; and it is further

ORDERED that debtor(s) are authorized to pay the usual and necessary costs and expenses of settlement; and it is further

ORDERED that the debtor shall:

☒        Satisfy all Plan obligations from financing proceeds

❑        Continue to make payments under the Plan as proposed or confirmed

❑        Modify the Plan as follows:

ORDERED that debtor's counsel shall be allowed a legal fee of $ _____ 1,500 _____ for representation in connection with this motion, which is to be paid (**choose one**):

☒ at closing          ❑ through the plan          ❑ outside the plan;

and it is further

2

ORDERED that the chapter 13 trustee shall be provided with a copy of the HUD-1 settlement statement within seven (7) days of the closing of the refinance; and it is further

ORDERED that Fed. R. Bankr. P. 6004(h), which provides for a 14 day stay of this order,

❑ is applicable        ☒ is not applicable

ORDERED that the following other provisions apply:

*rev.1/12/22*

United States Bankruptcy Court
District of New Jersey

In re:                                                            Case No. 21-19777-RG

Manuel Carreiro                                                   Chapter 13

Donna Carreiro
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                        User: admin                              Page 1 of 2
Date Rcvd: Jun 13, 2023                     Form ID: pdf903                          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
            regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2023:**

**Recip ID              Recipient Name and Address**
db/jdb            +    Manuel Carreiro, Donna Carreiro, 601 Belleville Ave, Belleville, NJ 07109-1309

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2023                Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Michelle Labayen | on behalf of Joint Debtor Donna Carreiro michelle@labayenlaw.com  rahaf@labayenlaw.com;arly@labayenlaw.com |
| Michelle Labayen | on behalf of Debtor Manuel Carreiro michelle@labayenlaw.com  rahaf@labayenlaw.com;arly@labayenlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2                                    User: admin                                    Page 2 of 2
Date Rcvd: Jun 13, 2023                                 Form ID: pdf903                                 Total Noticed: 1
TOTAL: 6