Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

MANUEL CARREIRO
DONNA CARREIRO,

Debtors

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Case No.:  21-19777 RG

## NOTICE OF RESERVE ON CLAIM

Creditor: NAPA OF NEW JERSEY
Trustee Claim #: 6
Court Claim #: 13
Claimed Amount: $458.27
Date Claim Filed: 02/15/2022

Please be advised that a reserve has been placed on the above named claim for the following reason:

■ The debt has been transferred and the transfer/assignment has not been filed with the Court.

Unless we receive the information needed and the necessary documents are filed with the Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.

Dated:  October 16, 2023

By:  /S/  Marie-Ann Greenberg
Chapter 13 Standing Trustee

MANUEL CARREIRO
DONNA CARREIRO
601 BELLEVILLE AVE
BELLEVILLE, NJ    07109

NAPA OF NEW JERSEY
C TECH COLLECTIONS INC
5505 NESCONSET HWY STE 200
MT SINAI, NY    11766

RODNEY NELSON, ESQ.
NELSON AND ASSOCIATES, PC
24 COMMERCE STREET
STE 1300
NEWARK, NJ    07102