RODNEY NELSON, ESQ.
NELSON AND ASSOCIATES, PC
24 COMMERCE STREET
STE 1300
NEWARK, NJ  07102

Re:  MANUEL CARREIRO  
     DONNA CARREIRO  
     601 BELLEVILLE AVE  
     BELLEVILLE,  NJ  07109

Atty:  RODNEY NELSON, ESQ.  
      NELSON AND ASSOCIATES, PC  
      24 COMMERCE STREET  
      STE 1300  
      NEWARK, NJ  07102

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024**
Chapter 13 Case # 21-19777

## RECEIPTS AS OF 01/01/2024     (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/10/2022 | $100.00 | 8197930000 | 02/07/2022 | $100.00 | 8262099000 |
| 03/07/2022 | $100.00 | 8324548000 | 04/11/2022 | $100.00 | 8394768000 |
| 05/09/2022 | $100.00 | 8457779000 | 06/13/2022 | $100.00 | 8524808000 |
| 07/11/2022 | $100.00 | 8582646000 | 08/15/2022 | $100.00 | 8646467000 |
| 09/12/2022 | $100.00 | 8704411000 | 10/11/2022 | $100.00 | 8760906000 |
| 11/07/2022 | $100.00 | 8814057000 | 12/13/2022 | $154.00 | 8879585000 |
| 01/09/2023 | $354.00 | 8930151000 | 02/07/2023 | $354.00 | 8985095000 |
| 03/14/2023 | $354.00 | 9054030000 | 04/10/2023 | $354.00 | 9101676000 |
| 05/15/2023 | $354.00 | 9167144000 | 06/13/2023 | $354.00 | 9219936000 |
| 07/17/2023 | $354.00 | 9276263000 | 08/14/2023 | $354.00 | 9327788000 |
| 09/18/2023 | $354.00 | 9385809000 | 10/16/2023 | $354.00 | 9431152000 |
| 11/15/2023 | $354.00 | 9483748000 | 12/14/2023 | $354.00 | 9531539000 |

**Total Receipts: $5,502.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $5,502.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024     (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| BANK OF AMERICA | | | | | | |
| | 07/17/2023 | $23.09 | 913,135 | 09/18/2023 | $61.12 | 916,149 |
| | 11/13/2023 | $30.55 | 919,074 | 12/11/2023 | $30.07 | 920,497 |
| CAPITAL ONE BANK (USA), N.A. | | | | | | |
| | 07/17/2023 | $6.32 | 913,183 | 09/18/2023 | $16.72 | 916,197 |
| | 09/18/2023 | $9.07 | 916,197 | 11/13/2023 | $8.36 | 919,117 |
| | 12/11/2023 | $8.22 | 920,534 | 12/11/2023 | $6.52 | 920,534 |
| DISCOVER BANK DISCOVER PRODUCTS INC. | | | | | | |
| | 07/17/2023 | $20.95 | 913,288 | 09/18/2023 | $55.42 | 916,301 |
| | 11/13/2023 | $27.72 | 919,225 | 12/11/2023 | $27.28 | 920,640 |

**Chapter 13 Case # 21-19777**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| EMERGENCY ASSOCIATES OF MONTCLAIR | | | | | | | |
| | 07/17/2023 | $12.21 | 913,310 | | 07/17/2023 | $7.03 | 913,310 |
| | 09/18/2023 | $32.32 | 916,323 | | 09/18/2023 | $18.60 | 916,323 |
| | 11/13/2023 | $9.31 | 919,248 | | 11/13/2023 | $16.15 | 919,248 |
| | 12/11/2023 | $15.90 | 920,657 | | 12/11/2023 | $9.15 | 920,657 |
| IMAGING SUBSPECIALISTS OF NORTH JERSEY | | | | | | | |
| | 09/18/2023 | $16.83 | 916,428 | | 11/13/2023 | $6.11 | 919,349 |
| | 12/11/2023 | $6.00 | 920,746 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC | | | | | | | |
| | 07/17/2023 | $5.84 | 8,003,583 | | 07/17/2023 | $6.62 | 8,003,583 |
| | 07/17/2023 | $5.43 | 8,003,583 | | 09/18/2023 | $5.30 | 8,003,693 |
| | 09/18/2023 | $14.37 | 8,003,693 | | 09/18/2023 | $15.47 | 8,003,693 |
| | 09/18/2023 | $17.51 | 8,003,693 | | 11/13/2023 | $7.18 | 8,003,809 |
| | 11/13/2023 | $7.73 | 8,003,809 | | 11/13/2023 | $8.76 | 8,003,809 |
| | 12/11/2023 | $7.07 | 8,003,863 | | 12/11/2023 | $7.61 | 8,003,863 |
| | 12/11/2023 | $8.61 | 8,003,863 | | | | |
| KOHL'S PERITUS PORTFOLIO SERVICES II, LLC | | | | | | | |
| | 07/17/2023 | $27.69 | 913,450 | | 09/18/2023 | $7.79 | 916,464 |
| | 09/18/2023 | $73.27 | 916,464 | | 11/13/2023 | $36.64 | 919,382 |
| | 12/11/2023 | $36.06 | 920,780 | | 12/11/2023 | $5.60 | 920,780 |
| LVNV FUNDING LLC | | | | | | | |
| | 07/17/2023 | $7.56 | 913,469 | | 07/17/2023 | $5.92 | 913,469 |
| | 09/18/2023 | $20.02 | 916,481 | | 09/18/2023 | $15.66 | 916,481 |
| | 11/13/2023 | $7.84 | 919,401 | | 11/13/2023 | $10.00 | 919,401 |
| | 12/11/2023 | $9.85 | 920,797 | | 12/11/2023 | $7.71 | 920,797 |
| NAPA OF NEW JERSEY | | | | | | | |
| | 09/18/2023 | $17.99 | 915,733 | | 10/11/2023 | ($17.99) | 915,733 |
| PENDRICK CAPITAL PARTNERS II LLC | | | | | | | |
| | 09/18/2023 | $7.62 | 915,874 | | 12/11/2023 | $5.48 | 920,224 |
| QUANTUM3 GROUP LLC | | | | | | | |
| | 07/17/2023 | $14.60 | 8,003,594 | | 09/18/2023 | $38.62 | 8,003,703 |
| | 09/18/2023 | $8.54 | 8,003,703 | | 11/13/2023 | $19.33 | 8,003,817 |
| | 11/13/2023 | $6.27 | 8,003,817 | | 12/11/2023 | $6.14 | 8,003,869 |
| | 12/11/2023 | $19.01 | 8,003,869 | | | | |
| WAYNE VALLEY IMAGING | | | | | | | |
| | 07/17/2023 | $7.13 | 914,078 | | 09/18/2023 | $18.86 | 917,077 |
| | 11/13/2023 | $9.43 | 919,954 | | 12/11/2023 | $9.28 | 921,354 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 384.18 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,950.00 | 100.00% | 2,950.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AFC URGENT CARE KEARNY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | AMERICAN ANESTHESIOLOGY OF NJ PC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | AMERICOLLECT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | AVANT/WEBBANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | BANK OF AMERICA | UNSECURED | 2,145.40 | 100.00% | 174.89 | 1,970.51 |
| 0006 | NAPA OF NEW JERSEY | UNSECURED | 458.27 | 100.00% | 0.00 | 458.27 |
| 0007 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 586.92 | 100.00% | 47.84 | 539.08 |
| 0009 | QUANTUM3 GROUP LLC | UNSECURED | 1,356.19 | 100.00% | 110.56 | 1,245.63 |
| 0010 | QUANTUM3 GROUP LLC | UNSECURED | 117.13 | 100.00% | 6.27 | 110.86 |
| 0012 | LVNV FUNDING LLC | UNSECURED | 702.56 | 100.00% | 57.27 | 645.29 |
| 0014 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 1,945.96 | 100.00% | 158.64 | 1,787.32 |

**Chapter 13 Case # 21-19777**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0015 | EMERGENCY ASSOCIATES OF MONTCLA | UNSECURED | 1,134.38 | 100.00% | 92.47 | 1,041.91 |
| 0019 | FINANCIAL DATA SYSTEMS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0020 | GENESIS FS CARD/KAY JEWELERS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0022 | IMAGINC CONSULTANTS OF ESSEX | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0023 | IMAGING SUBSPECIALISTS OF NORTH JE | UNSECURED | 428.70 | 100.00% | 34.95 | 393.75 |
| 0024 | IMAGING SUBSPECIALISTS OF NORTH JE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0026 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 135.05 | 100.00% | 11.01 | 124.04 |
| 0027 | KOHL'S PERITUS PORTFOLIO SERVICES I | UNSECURED | 2,572.42 | 100.00% | 209.70 | 2,362.72 |
| 0028 | LVNV FUNDING LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0030 | MACYS/FDSB | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0031 | MIDFIRST BANK | (NEW) Prepetition A | 0.00 | 100.00% | 0.00 | 0.00 |
| 0032 | MORRISTOWN MEDICAL | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0033 | NEW JERSEY ANESTHESIA ASSOCIATES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0037 | QUEST DIAGNOSTIC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0043 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0044 | SPRINT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0046 | SUMMIT MEDICAL GROUP | UNSECURED | 1,893.00 | 100.00% | 0.00 | 1,893.00 |
| 0047 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 230.95 | 100.00% | 15.59 | 215.36 |
| 0050 | US DEPARTMENT OF EDUCATION | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0051 | UNIVERSITY RADIOLOGY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0052 | UNIVERSITY RADIOLOGY GROUP | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0053 | VERIZON | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0054 | WAKEFIELD & ASSOCIATES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0055 | WAYNE VALLEY IMAGING | UNSECURED | 662.13 | 100.00% | 53.98 | 608.15 |
| 0056 | SUMMIT RADILOGICAL ASSOCIATES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0060 | AMERICOLLECT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0061 | AMERICOLLECT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0062 | AMERICOLLECT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0063 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 504.39 | 100.00% | 41.12 | 463.27 |
| 0064 | IMAGING SUBSPECIALISTS OF NORTH JE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0065 | IMAGING SUBSPECIALISTS OF NORTH JE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0066 | KOHL'S PERITUS PORTFOLIO SERVICES I | UNSECURED | 198.35 | 100.00% | 13.39 | 184.96 |
| 0067 | QUEST DIAGNOSTIC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0068 | SUMMIT MEDICAL GROUP | UNSECURED | 5,331.00 | 100.00% | 0.00 | 5,331.00 |
| 0069 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0070 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0071 | SUMMIT MEDICAL GROUP | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0072 | HACKENSACKUMC MOUNTAINSIDE | UNSECURED | 42.41 | 100.00% | 0.00 | 42.41 |
| 0073 | EMERGENCY ASSOCIATES OF MONTCLA | UNSECURED | 653.13 | 100.00% | 53.24 | 599.89 |
| 0074 | PENDRICK CAPITAL PARTNERS II LLC | UNSECURED | 194.15 | 100.00% | 13.10 | 181.05 |
| 0075 | QUANTUM3 GROUP LLC | UNSECURED | 217.52 | 100.00% | 14.68 | 202.84 |
| 0076 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 20.98 | 100.00% | 0.00 | 20.98 |
| 0077 | LVNV FUNDING LLC | UNSECURED | 550.02 | 100.00% | 44.84 | 505.18 |
| 0078 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 542.85 | 100.00% | 44.26 | 498.59 |
| 0079 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 614.85 | 100.00% | 50.13 | 564.72 |
| 0080 | US DEPARTMENT OF HOUSING AND URB | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |

**Total Paid: $4,582.11**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 12, 2024.

Receipts: $5,502.00    -    Paid to Claims: $1,247.93    -    Admin Costs Paid: $3,334.18    =    Funds on Hand: $1,573.89

**Chapter 13 Case # 21-19777**

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.