Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

Case No.: 21−19777−RG  
Chapter: 13  
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Manuel Carreiro  
aka Manuel P. Carreiro  
601 Belleville Ave  
Belleville, NJ 07109

Donna Carreiro  
fka Donna M Ortiz  
601 Belleville Ave  
Belleville, NJ 07109

Social Security No.:  
xxx−xx−4932

xxx−xx−1122

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/5/24 at 10:00 AM

to consider and act upon the following:

*66* − Certification in Opposition to (related document:64 Certification of Default of Standing Trustee. re: Fail to Provide Tax Return Report. Filed by Marie−Ann Greenberg. Objection deadline is 5/6/2024. (Attachments: # 1 Certification of Default Generic − Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by Rodney Nelson on behalf of Donna Carreiro, Manuel Carreiro. (Nelson, Rodney)

Dated: 4/26/24

Jeanne Naughton  
Clerk, U.S. Bankruptcy Court