Rodney Nelson (RN 380072021)
Nelson & Associates LLC
24 Commerce Street Suite 1300
Newark, NJ 07102
973-622-1584
rodney@alrehailinelson.com

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: | Case No.: 21-19777-RG |
|     Manuel Carreiro and | Judge Gambardella |
|     Donna Carreiro | Chapter 13 |
|                                Debtors. | |

## **AFFIDAVIT**

We, Manuel Carreiro and Donna Carreiro, the debtors, solemnly affirm the following:

1. We sought the services of a broker with the intention of refinancing in 2023.

2. Upon thorough examination of the terms, we determined that refinancing was not in our best interest

3. Subsequently, we opted out of the refinancing process.

4. Therefore, we intend to amend the current plan to ensure 100% plan payment.

5. We plan to provide that the Department of Education loans be paid outside the plan . following the conclusion of the bankruptcy proceedings

6. With these adjustments, we anticipate being able to allocate $23,238.71 to unsecured creditors and maintain the scheduled payments of $654.

| | |
|---|---|
| Date: May 17, 2024 | Date: May 17, 2024 |
| BY:*/s/ Manuel Carreiro* | BY:*/s/ Donna Carreiro* |
| Manuel Carreiro | Donna Carreiro |