UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Rodney Nelson (RN 380072021)
Nelson & Associates LLC
24 Commerce Street Suite 1300
Newark, NJ 07102
973-622-1584
rodney@alrehailinelson.com

In Re:

Manuel Carreiro
Donna Carreiro

Case No.:  ____21-19777-RG____

Chapter:  _____13_____

Hearing Date:  _____

Judge:  ____Gambardella____

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter: _Modified Chapter 13 Plan - After Confirmation.._____

_____

Date: _5/22/2024_____          /s/Rodney Nelson_____
                                         Signature

*rev.8/1/15*