Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−19777−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Manuel Carreiro
aka Manuel P. Carreiro
601 Belleville Ave
Belleville, NJ 07109

Donna Carreiro
fka Donna M Ortiz
601 Belleville Ave
Belleville, NJ 07109

Social Security No.:
xxx−xx−4932

xxx−xx−1122

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on February 18, 2022.

On 5/20/24 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date:            July 17, 2024
Time:            08:30 AM
Location:        Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: May 20, 2024
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Manuel Carreiro  
Donna Carreiro  
    Debtors

Case No. 21-19777-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 4  
Date Rcvd: May 20, 2024      Form ID: 185      Total Noticed: 80

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Manuel Carreiro, Donna Carreiro, 601 Belleville Ave, Belleville, NJ 07109-1309 |
| 519469438 | + | AFC Urgent Care Kearny, 276 Passaic Ave, Unit A, Kearny, NJ 07032-1129 |
| 519469439 | + | American Anesthesiology of NJ PC, PO Box 0037, Florham Park, NJ 07932-0037 |
| 519469452 | + | Emergency Associates Of Montcl, 66 W Gilbert St, 2nd Floor, Red Bank, NJ 07701-4947 |
| 519469456 | #+ | Financial Data Systems, Attn: Bankruptcy, Po Box 688, Wrightsville Beach, NC 28480-0688 |
| 519469459 | + | Imaginc Consultants of Essex, PO Box 371863, Pittsburgh, PA 15250-7863 |
| 519469460 | + | Imaging Consultants of Essex, PO Box 371863, Pittsburgh, PA 15250-7863 |
| 519469461 | + | Imaging Subspecialists of North Jersey, 703 Main St., Paterson, NJ 07503-2621 |
| 519469465 | | Lois Law Firm LLC, 66 Route 17N, Suite 200, c/o Anthony Iler, Paramus, NJ 07652 |
| 519469469 | + | Morristown Medical, 1000 American Way, Morris Plains, NJ 07950-2406 |
| 519507957 | + | Napa of New Jersey, C.Tech Collections, Inc., 5505 Nesconset Hwy. - Ste. 200, Mt. Sinai, NY 11766-2026 |
| 519469470 | + | New Jersey Anesthesia Associates, 200 S Orange Ave, Livingston, NJ 07039-5817 |
| 519469474 | + | Quest Diagnostic, P.O Box 71304, Philadelphia, PA 19176-1304 |
| 519469476 | + | Ragan & Ragan PC, 3100 Route 138 West, Belmar, NJ 07719-9021 |
| 519469482 | + | State of New Jersey, Deptartment of Taxation, P.O. Box 448, Trenton, NJ 08646-0448 |
| 519470457 | + | Summit Medical Group, 1 Diamond Hill Road, Berkeley Heights, NJ 07922-2104 |
| 519487570 | + | Summit Medical Group, Simon's Agency Inc., PO Box 5026, Syracuse, NY 13220-5026 |
| 519469488 | + | University Radiology, 1129 Bloomfield Ave, Caldwell, NJ 07006-7127 |
| 519469489 | + | University Radiology Group, PO BOX 1075, East Brunswick, NJ 08816-1075 |
| 519469493 | + | Wayne Valley Imaging, 504 Valley Road, #4, Wayne, NJ 07470-3534 |
| 519469484 | + | summit Radilogical Associates, PO Box 460, Summit, NJ 07902-0460 |
| 519469485 | + | superior Court of New Jersey, Michelle Smith, Clerk, 25 W. Market Street 6th Floor, Trenton, NJ 08611-2148 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 20 2024 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 20 2024 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519469440 | | Email/Text: ebn@americollect.com | May 20 2024 20:45:00 | Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 519513537 | | Email/PDF: resurgentbknotifications@resurgent.com | May 20 2024 20:56:37 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519469441 | + | Email/Text: bk@avant.com | May 20 2024 20:45:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 519469442 | | Email/Text: creditcardbkcorrespondence@bofa.com | | |

| | | | |
|---|---|---|---|
| 519503480 | Email/Text: creditcardbkcorrespondence@bofa.com | May 20 2024 20:44:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| | | May 20 2024 20:44:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519469443 | + Email/Text: bankruptcy@ctech-collects.com | May 20 2024 20:45:00 | C Tech Collection, Inc, Attn: Bankruptcy Department, 5505 Nesconset Hwy, Suite 200, Mount Sinai, NY 11766-2026 |
| 519469444 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | May 20 2024 20:41:22 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519488163 | + Email/PDF: ebn_ais@aisinfo.com | May 20 2024 20:41:24 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519488164 | + Email/PDF: ebn_ais@aisinfo.com | May 20 2024 20:42:32 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519469445 | + Email/Text: bankruptcy.notifications@fisglobal.com | May 20 2024 20:45:00 | Chex System, 7805 Hudson Road, suite 100, Saint Paul, MN 55125-1595 |
| 519469446 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 20 2024 20:45:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519469447 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 20 2024 20:45:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519469448 | + Email/Text: convergent@ebn.phinsolutions.com | May 20 2024 20:45:56 | Convergent Outsourcing, Inc., Attn: Bankruptcy, 800 Sw 39th St, Ste 100, Renton, WA 98057-4927 |
| 519469449 | + Email/PDF: creditonebknotifications@resurgent.com | May 20 2024 20:40:39 | Credit One Bank, P.O Box 98873, Las Vegas, NV 89193-8873 |
| 519469450 | Email/Text: watnerlaw@gmail.com | May 20 2024 20:45:00 | David B Watner Esq, 1129 Bloomfield Ave, #208, Caldwell, NJ 07006 |
| 519469467 | Email/PDF: Citi.BNC.Correspondence@citi.com | May 20 2024 20:56:39 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 519473188 | Email/Text: mrdiscen@discover.com | May 20 2024 20:44:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519469451 | + Email/Text: mrdiscen@discover.com | May 20 2024 20:44:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519471810 | Email/Text: bankruptcy.accounts@wakeassoc.com | May 20 2024 20:44:00 | EMERGENCY ASSOCIATES OF MONTCLAIR, c/o Wakefield & Associates, LLC, PO Box 51272, Knoxville, TN 37950-1272 |
| 519469454 | Email/Text: bankruptcycourts@equifax.com | May 20 2024 20:45:00 | Equifax, POB 740241, Atlanta, GA 30374 |
| 519469453 | + Email/Text: bankruptcydepartment@tsico.com | May 20 2024 20:45:00 | Eos Cca, Attn: Bankruptcy, 700 Longwater Dr, Norwell, MA 02061-1624 |
| 519469455 | ^ MEBN | May 20 2024 20:34:55 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 519469457 | + Email/Text: GenesisFS@ebn.phinsolutions.com | May 20 2024 20:45:00 | Genesis FS Card/Kay Jewelers, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 519471811 | Email/Text: bankruptcy.accounts@wakeassoc.com | May 20 2024 20:44:00 | HACKENSACKUMC MOUNTAINSIDE, c/o Wakefield & Associates, LLC, PO Box 51272, Knoxville, TN 37950-1272 |
| 519469458 | + Email/Text: Bankruptcy@ICSystem.com | May 20 2024 20:45:00 | IC Systems, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 519512977 | Email/Text: ebn@americollect.com | May 20 2024 20:45:00 | IMAGING SUBSPECIALIST NORTH JERSEY, C/O AMERICOLLECT INC, PO BOX 1566, MANITOWOC, WI 54221-1566 |
| 519469462 | + Email/Text: sbse.cio.bnc.mail@irs.gov | May 20 2024 20:45:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519512689 | Email/Text: JCAP_BNC_Notices@jcap.com | | |

| | | | | |
|---|---|---|---|---|
| | | | May 20 2024 20:45:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519469463 | + | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | May 20 2024 20:45:00 | Jefferson Capital Systems LLC, PO Box 17210, Golden, CO 80402-6020 |
| 519513839 | + | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | May 20 2024 20:44:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519469464 | + | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | May 20 2024 20:44:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519469466 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | May 20 2024 20:41:24 | LVNV Funding LLC, 55 Beattie Place, Suite 400, c/o Resurgent capital services, Greenville, SC 29601-5117 |
| 519473181 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | May 20 2024 20:41:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519509634 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | | |
| | | | May 20 2024 20:42:18 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519469468 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | | |
| | | | May 20 2024 20:42:42 | Midland Mortgage, POB 26648, Oklahoma City, OK 73126-0648 |
| 519469471 | + | Email/Text: bankruptcy@onlineis.com | | |
| | | | May 20 2024 20:45:00 | Online Collections, Attn: Bankruptcy, Po Box 1489, Winterville, NC 28590-1489 |
| 519502926 | | Email/Text: perituspendrick@peritusservices.com | | |
| | | | May 20 2024 20:44:00 | Pendrick Capital Partners II, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 519469472 | | Email/Text: signed.order@pfwattorneys.com | | |
| | | | May 20 2024 20:44:00 | Pressler Felt & Warshaw LLP, c/o Rita Dunleavy, 7 Entin Road, Parsippany, NJ 07054 |
| 519469473 | ^ | MEBN | | |
| | | | May 20 2024 20:35:36 | Quality Asset Recovery, Attn: Bankruptcy, Po Box 239, Gibbsboro, NJ 08026-0239 |
| 519511777 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | May 20 2024 20:45:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519511778 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | May 20 2024 20:45:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519469475 | + | Email/Text: ngisupport@radiusgs.com | | |
| | | | May 20 2024 20:44:00 | Radius Global Solutions, Attn: Bankruptcy, 7831 Glenroy Rd, Ste 250, Edina, MN 55439-3117 |
| 519469477 | + | Email/Text: clientservices@remexinc.com | | |
| | | | May 20 2024 20:44:00 | Remex Inc, Attn: Bankruptcy, Po Box 765, Rocky Hill, NJ 08553-0765 |
| 519469478 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | May 20 2024 20:42:32 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519469481 | | Email/PDF: ais.sprint.ebn@aisinfo.com | | |
| | | | May 20 2024 20:57:10 | Sprint, P.O. Box 4191, Carol Stream, IL 60197 |
| 519469479 | + | Email/Text: bankruptcy@savit.com | | |
| | | | May 20 2024 20:45:00 | SaVit Collection Agency, Attn: Bankruptcy, Po Box 250, East Brunswick, NJ 08816-0250 |
| 519469480 | + | Email/Text: clientservices@simonsagency.com | | |
| | | | May 20 2024 20:45:00 | Simon's Agency, Inc., Attn: Bankruptcy, Po Box 5026, Syracuse, NY 13220-5026 |
| 519469483 | ^ | MEBN | | |
| | | | May 20 2024 20:35:07 | Summit Medical Group, PO BOX 14000, Belfast, ME 04915-4033 |
| 519469486 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | May 20 2024 20:56:38 | Syncb/walmart, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519469487 | | Email/Text: DASPUBREC@transunion.com | | |
| | | | May 20 2024 20:44:00 | TransUnion, 555 W. Adams Street, Chicago, IL 60661 |
| 519476765 | | Email/Text: electronicbkydocs@nelnet.net | | |
| | | | May 20 2024 20:45:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 519547249 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | | |

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: May 20, 2024 | Form ID: 185 | Total Noticed: 80 |

| | | | May 20 2024 20:56:36 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
|---|---|---|---|---|
| 519469490 | + | Email/Text: electronicbkydocs@nelnet.net | May 20 2024 20:45:00 | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 519469491 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 20 2024 20:44:00 | Verizon, P.O Box 4833, Trenton, NJ 08650-4833 |
| 519469492 | | Email/Text: bankruptcy.accounts@wakeassoc.com | May 20 2024 20:44:00 | Wakefield & Associates, Attn: Bankruptcy, 7005 Middlebrook Pike, Knoxville, TN 37909 |
| 519512976 | | Email/Text: ebn@americollect.com | May 20 2024 20:45:00 | WAYNE VALLEY IMAGING, C/O AMERICOLLECT INC, PO BOX 1566, MANITOWOC, WI 54221-1566 |

TOTAL: 58

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rodney Nelson | on behalf of Joint Debtor Donna Carreiro rodneyknelson9@gmail.com rahafalrehaili@labayenlaw.com |
| Rodney Nelson | on behalf of Debtor Manuel Carreiro rodneyknelson9@gmail.com rahafalrehaili@labayenlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5