UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Rodney Nelson (380072021)
Nelson & Associates LLC
24 Commerce St
Suite 1300
Newark, NJ 07102
973-622-1584
rodney@alrehailinelson.com

In Re:

Manuel Carreiro
Donna Carreiro

Case No.:  21-19777-RG

Judge:  Gambardella

Chapter:  13

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☒ Motion for Relief from the Automatic Stay filed by  MIDFIRST BANK. , creditor,

   A hearing has been scheduled for  7/17/2024 , at  10:00AM .

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☐ Certification of Default filed by _____,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:
We, the Debtors, have made $1,547.38 on June 4, 2024, and will pay June payment by the end of the month and the balance of $1,887.95 within 8 months. We propose to pay $235.99 every month for the next 8 months to bring the account current.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: June 11, 2024                           /s/Manuel Carreiro
                                              Debtor's Signature

Date: June 11, 2024                           /s/Donna Carreiro
                                              Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*