| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | | |
|---|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br> Rodney Nelson (RN38007201) <br> Nelson & Associates LLC <br> 24 Commerce Street Suite 1300 <br> Newark, NJ 07102 | | |
| | Case No.: | 21-19777-RG |
| | Chapter: | 13 |
| In Re: <br> Manuel Carreiro <br> Donna Carreiro | Adv. No.: | |
| | Hearing Date: | 7/17/2024 |
| | Judge: | Rosemary Gambardella |

## CERTIFICATION OF SERVICE

1. I, _____Mercedes Uribe_____ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for _____Rodney Nelson_____, who represents _____Debtor_____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____6/11/2024_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Certification in Opposition to (related document:[77] Motion for Relief from Stay re: 601 Belleville Avenue, Belleville NJ 07109. Fee Amount $ 199.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 6/11/2024

_____
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| United States Bankryptcy Court District of new Jersey 50 Walnut St. 13th Floor Newark, NJ 07102 | Court | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Marie-Ann Greenberg Chapter 13 Standing Trustee 30 Two Bridges Rd Suite 330 Fairfield, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Trustee US Dept of Justice Office of the US Trustee One Newark Center Ste 2100 Newark, NJ 07102 | U.S Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| AFC Urgent Care Kearny 276 Passaic Ave, Unit A Kearny, NJ 07032 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| American Anesthesiology of NJ PC PO Box 0037 Florham Park, NJ 07932 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Americollect<br>Po Box 1566<br>1851 South Alverno Road<br>Manitowoc, WI 54221 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Ashley Funding Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Avant/WebBank<br>222 North Lasalle Street<br>Suite 1600<br>Chicago, IL 60601 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Bank of America<br>Attn: Bankruptcy<br>Po Box 982234<br>El Paso, TX 79998 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Bank of America, N.A.<br>PO Box 673033<br>Dallas, TX 75267-3033 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

rev.8/1/16

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Capital One N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Capital One Na<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Capital One/Neiman Marcus/Bergdorf Goodm<br>Attn: Bankruptcy Dept<br>Po Box 30285<br>Salt Lake City, UT 84130 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Chex System<br>7805 Hudson Road<br>suite 100<br>Saint Paul, MN 55125 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Citibank<br>Attn: Recovery/Centralized Bankruptcy<br>Po Box 790034<br>St Louis, MO 63179 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| C Tech Collection, Inc<br>Attn: Bankruptcy Department<br>5505 Nesconset Hwy, Suite 200<br>Mount Sinai, NY 11766 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Capital One Bank (USA), N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Capital One N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Chex System<br>7805 Hudson Road<br>suite 100<br>Saint Paul, MN 55125 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Comenity Capital Bank/HSN<br>Attn: Bankruptcy Dept<br>Po Box 182125<br>Columbus, OH 43218 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Comenity/MPRC<br>Attn: Bankruptcy Dept<br>Po Box 182125<br>Columbus, OH 43218 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Connexus CU<br>Attn: Bankruptcy<br>Po Box 8026<br>Wausau, WI 54402 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Costco Anywhere Visa Card<br>Attn: Bankruptcy<br>Po Box 6500<br>Sioux Falls, SD 57117 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Credit One Bank<br>Attn: Bankruptcy Department<br>Po Box 98873<br>Las Vegas, NV 89193 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Comenity Bank/Victoria Secret<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Comenitybank/New York<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Convergent Outsourcing, Inc.<br>Attn: Bankruptcy<br>800 Sw 39th St, Ste 100<br>Renton, WA 98057 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Credit One Bank<br>P.O Box 98873<br>Las Vegas, NV 89193 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| David B Watner Esq<br>1129 Bloomfield Ave, #208<br>Caldwell, NJ 07006 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

rev.8/1/16

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Discover Financial<br>Attn: Bankruptcy<br>Po Box 3025<br>New Albany, OH 43054 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Emergency Associates Of Montcl<br>66 W Gilbert St<br>2nd Floor<br>Red Bank, NJ 07701 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| EMERGENCY ASSOCIATES OF MONTCLAIR<br>c/o Wakefield & Associates, LLC<br>PO Box 51272<br>Knoxville, TN 37950-1272 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Eos Cca<br>Attn: Bankruptcy<br>700 Longwater Dr<br>Norwell, MA 02061 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Equifax<br>POB 740241<br>Atlanta, GA 30374 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Experian<br>475 Anton Blvd<br>Costa Mesa, CA 92626 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Financial Data Systems<br>Attn: Bankruptcy<br>Po Box 688<br>Wrightsville Beach, NC 28480 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Genesis FS Card/Kay Jewelers<br>Attn: Bankruptcy<br>Po Box 4477<br>Beaverton, OR 97076 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| HACKENSACKUMC MOUNTAINSIDE<br>c/o Wakefield & Associates, LLC<br>PO Box 51272<br>Knoxville, TN 37950-1272 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

rev.8/1/16

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| IC Systems, Inc<br>Attn: Bankruptcy<br>Po Box 64378<br>St. Paul, MN 55164 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Imaginc Consultants of Essex<br>PO Box 371863<br>Pittsburgh, PA 15250 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Imaging Consultants of Essex<br>PO Box 371863<br>Pittsburgh, PA 15250 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| IMAGING SUBSPECIALIST NORTH JERSEY<br>C/O AMERICOLLECT INC<br>PO BOX 1566<br>MANITOWOC, WI 54221-1566 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Imaging Subspecialists of North Jersey<br>703 Main St.<br>Paterson, NJ 07503 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19114 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jefferson Capital Systems LLC<br>PO Box 17210<br>Golden, CO 80402 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud MN 56302-9617 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kohl's<br>Peritus Portfolio Services II, LLC<br>PO BOX 141509<br>IRVING, TX 75014 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kohls/Capital One<br>Attn: Credit Administrator<br>Po Box 3043<br>Milwaukee, WI 53201 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Lois Law Firm LLC<br>66 Route 17N, Suite 200<br>c/o Anthony Iler<br>Paramus, NJ 07652 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| LVNV Funding LLC<br>55 Beattie Place, Suite 400<br>c/o Resurgent capital services<br>Greenville, SC 29601 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Macys/fdsb<br>Attn: Bankruptcy<br>9111 Duke Boulevard<br>Mason, OH 45040 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| MidFirst Bank<br>999 NorthWest Grand Boulevard<br>Oklahoma City, OK 73118 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Midland Mortgage<br>POB 26648<br>Oklahoma City, OK 73126 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Morristown Medical<br>1000 American Way<br>Morris Plains, NJ 07950 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Napa of New Jersey<br>C.Tech Collections, Inc.<br>5505 Nesconset Hwy. - Ste. 200<br>Mt. Sinai, NY 11766 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| New Jersey Anesthesia Associates<br>200 S Orange Ave<br>Livingston, NJ 07039 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Online Collections<br>Attn: Bankruptcy<br>Po Box 1489<br>Winterville, NC 28590 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

rev.8/1/16

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Pendrick Capital Partners II, LLC<br>Peritus Portfolio Services II, LLC<br>PO BOX 141419<br>IRVING, TX 75014-1419 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Pressler Felt & Warshaw LLP<br>c/o Rita Dunleavy<br>7 Entin Road<br>Parsippany, NJ 07054 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Quality Asset Recovery<br>Attn: Bankruptcy<br>Po Box 239<br>Gibbsboro, NJ 08026 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Quantum3 Group LLC as agent for Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Quantum3 Group LLC as agent for Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Quest Diagnostic<br>P.O Box 71304<br>Philadelphia, PA 19176 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Radius Global Solutions<br>Attn: Bankruptcy<br>7831 Glenroy Rd, Ste 250<br>Edina, MN 55439 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Ragan & Ragan PC<br>3100 Route 138 West<br>Belmar, NJ 07719 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Remex Inc<br>Attn: Bankruptcy<br>Po Box 765<br>Rocky Hill, NJ 08553 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Resurgent Capital Services<br>Attn: Bankruptcy<br>Po Box 10497<br>Greenville, SC 29603 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

rev.8/1/16

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| SaVit Collection Agency<br>Attn: Bankruptcy<br>Po Box 250<br>East Brunswick, NJ 08816 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Simon's Agency, Inc.<br>Attn: Bankruptcy<br>Po Box 5026<br>Syracuse, NY 13220 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Sprint<br>P.O. Box 4191<br>Carol Stream, IL 60197 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| State of New Jersey<br>Deptartment of Taxation<br>P.O. Box 448<br>Trenton, NJ 08646 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Summit Medical Group<br>1 Diamond Hill Road<br>Berkeley Heights, NJ 07922 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

Case 21-19777-RG    Doc 79    Filed 06/11/24    Entered 06/11/24 14:43:51    Desc Main
Document    Page 17 of 20

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Summit Medical Group<br>Simon's Agency Inc.<br>PO Box 5026<br>Syracuse, NY 13220 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Summit Medical Group<br>PO BOX 14000<br>Belfast, ME 04915 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| summit Radilogical Associates<br>PO Box 460<br>Summit, NJ 07901 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| superior Court of New Jersey<br>Michelle Smith, Clerk<br>25 W. Market Street 6th Floor<br>Trenton, NJ 08625 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Syncb/walmart<br>Po Box 31293<br>Salt Lake City, UT 84131 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| TransUnion<br>555 W. Adams Street<br>Chicago, IL 60661 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Department of Housing and Urban Development<br>26 Federal Plaza, Suite 3541<br>New York, NY 10278 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| UNITED STATES DEPARTMENT OF EDUCATION<br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON WI 53708-8973 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| University Radiology<br>1129 Bloomfield Ave<br>Caldwell, NJ 07006 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| University Radiology Group<br>PO BOX 1075<br>East Brunswick, NJ 08816 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| USDOE/GLELSI<br>Attn: Bankruptcy<br>Po Box 7860<br>Madison, WI 53707 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other EFC<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Verizon<br>P.O Box 4833<br>Trenton, NJ 08650 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other EFC<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Wakefield & Associates<br>Attn: Bankruptcy<br>7005 Middlebrook Pike<br>Knoxville, TN 37909 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other EFC<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Wayne Valley Imaging<br>504 Valley Road, #4<br>Wayne, NJ 07470 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other EFC<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| WAYNE VALLEY IMAGING<br>C/O AMERICOLLECT INC<br>PO BOX 1566<br>MANITOWOC, WI 54221-1566 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other EFC<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

rev.8/1/16

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Midfirst Bank<br>701 market Street, Suite 5000<br>Philadelphia, PA 19106 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Denise Carlon<br>KML Law Group, P.C.<br>70 I Market Street, Suite 5000<br>Philadelphia, PA 19106 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |