UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Manuel Carreiro & Donna Carreiro,

Debtors.

Case No.:     21-19777-RG

Chapter:     13

Hearing Date:     7/17/2024

Judge:     Gambardella

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled            ☐ Withdrawn

Matter: Motion for Relief from Stay re: 601 Belleville Avenue (Docket # 77)

_____

Date: 7/15/2024                                  /s/ Denise Carlon
                                                 Signature

*rev.8/1/15*