**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

MANUEL CARREIRO
DONNA CARREIRO

**Case No.:  21-19777**

**Adv. No.:**

**Hearing Date:**

**Judge:  MEH**

## CERTIFICATION OF SERVICE

1.  I, Lauren O'Shea, am an administrator for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2.  On, 04/27/2026, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3.  I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtors:
MANUEL CARREIRO
DONNA CARREIRO
601 BELLEVILLE AVE
BELLEVILLE, NJ  07109
Mode of Service:  Regular Mail

Attorney for Debtor(s):
RODNEY NELSON, ESQ.
52 TOWER HILL LN
BUTLER, NJ  07405
Mode of Service:  Notice of Electronic Filing (NEF)

Dated:  April 27, 2026

By:  /S/  Lauren O'Shea
Lauren O'Shea